THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD BROWN, Appellant. [938 NYS2d 459]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Leventhal, Austin and Roman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR COOK, Appellant. [938 NYS2d 456]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Florio, Roman and Cohen, JJ., concur.